IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No.  08-cv-02650-PAB-BNB

JASON FOWLER,

      Plaintiff,

v.

SEAN GARRICK,

      Defendant.

_____

### ORDER
_____

      This matter is before the Court on the Joint Stipulation for Dismissal of Claims Against Defendant Garrick [Docket No. 51].  Although it is entitled a joint stipulation, the filing is signed only by plaintiff's counsel, and plaintiff's counsel designated it as a motion upon filing it with the Court.  Therefore, the Court will take it up as an unopposed motion to dismiss defendant Garrick.

      On December 28, 2009, the Court dismissed the United States as a defendant, leaving Mr. Garrick as the only remaining defendant in this action.  In light of the plaintiff's representation that he has reached a settlement with Mr. Garrick, it is

      **ORDERED** that the unopposed motion to dismiss defendant Garrick [Docket No. 51] is GRANTED.  It is further

      **ORDERED** that plaintiff's claims against Mr. Garrick in this action are dismissed with prejudice, with each side paying their own costs and attorney fees.  It is further

**ORDERED** that, in light of the foregoing and the Court's December 28, 2009

Order dismissing the United States, final judgment shall enter against plaintiff and in

favor of the defendants.  Further, it is

**ORDERED** that the Court's December 30, 2009 order to show cause [Docket

No. 46] is discharged as moot.

DATED February 9, 2010.

BY THE COURT:

s/Philip A. Brimmer

PHILIP A. BRIMMER
United States District Judge