IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02650-PAB-BNB

JASON FOWLER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## AMENDED ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES

---

THIS MATTER comes before the Court on the parties' Joint Motion for Extension of Deadlines. Sufficient cause appearing, **IT IS HEREBY ORDERED THAT** the motion is **GRANTED**. The deadlines are extended as follows:

    January 3, 2012:    Deadline for Defendant to designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2).

    February 23, 2012:    Discovery cut-off.

Dated this 26th day of October, 2011.

**BY THE COURT:**

_Boyd N. Boland_
United States Magistrate Judge